AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 07-CV-11167

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Shopsueyboutique.com and
Heather Gray

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/7/2008 | *[signature]* |
| Date | Signature |
| | Todd Wengrovsky  TW4823 |
| | Print Name  Bar Number |
| | 285 Soutfield Road, Box 585 |
| | Address |
| | Calverton  NY  11933 |
| | City  State  Zip Code |
| | (631) 727-3400  (631) 727-3401 |
| | Phone Number  Fax Number |