UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
J. CHOO, LIMITED,

                        Plaintiff,

              -against-

SHOPSUEYBOUTIQUE.COM AND
HEATHER GRAY,

                     Defendants.
-------------------------------------------------------------------X

**DEFENDANTS'
RULE 7.1 STATEMENT**

Index No. 07-CV-11167

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

**NONE.**

Dated: Calverton, New York.
       January 7, 2008

                                                Todd Wengrovsky - TW4823
                                                Law Offices of
                                                Todd Wengrovsky, PLLC.
                                                285 Southfield Road, Box 585
                                                Calverton, NY 11933
                                                Tel (631) 727-3400
                                                *Attorney for Defendants*