LAW OFFICES OF
TODD WENGROVSKY, PLLC.
285 SOUTHFIELD ROAD, BOX 585
CALVERTON, NEW YORK 11933
TEL (631) 727-3400
FAX (631) 727-3401
CONTACT@TWLEGAL.COM

PATENT, TRADEMARK, AND COPYRIGHT LITIGATION

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 0 2008
```

via Fax (212) 805-6304

January 9, 2008

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: J. Choo, Ltd. v. shopsueyboutique.com,
Gray 07-CV-11167

Judge Crotty:

**MEMO ENDORSED**

This is to request an adjournment of the Initial Conference scheduled for January 23, 2008 in the above-referenced action. I am counsel for Defendants and I have a conflict with a deposition for a proceeding in the Western District of New York at such time. There have been no prior requests for adjournment.

I have consulted with opposing counsel and been advised that Plaintiff's attorney consents to the adjournment. Plaintiff's attorney further advised that she is unavailable to attend an Initial Conference during the week of January 28, 2008, and is also unavailable on Friday, February 8, 2008. As such, the parties suggest that the Initial Conference be re-scheduled for a date between February 4 and February 7, or during the week of February 11.

The attorneys are already meeting and conferring regarding the proposed Case Management Plan and have also begun preliminary settlement discussions.

Should you need any additional information, please contact the undersigned.

Respectfully submitted,

Todd Wengrovsky
Attorney for Defendants

cc: Barbara A. Solomon, Esq.
*Attorney for Plaintiff*, via fax (212) 813-5901

Application GRANTED. The conference is adjourned to 2/7/08 at 2:15 pm in Courtroom 20-C.
SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE