# Affidavit of Process Server

Southern District of New York
(NAME OF COURT)

| J. Choo Limited, | vs Shopsueyboutique.com, Inc Heather Gray | 07CV11167 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I Auvergne Maynard_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Heather Gray
NAME OF PERSON/ENTITY BEING SERVED

with (list documents) Sum., Compl. indvid. Prat. Hon Paul A. Crotty, Instr.Filing Electronic Case or Appeal

by leaving with Jennifer Hunt _____ At
NAME                          RELATIONSHIP

☐ Residence _____
ADDRESS                       CITY / STATE

☑ Business 173 Orange Tree Lane        Redlands, California
ADDRESS                       CITY / STATE

On December 17, 2007       AT 2:30pm
DATE                          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on 12-30-2007
DATE

from San Bernardino, California    92401
CITY        STATE        ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
DATE  TIME      DATE  TIME
(3)_____ (4)_____ (5)_____
DATE TIME   DATE TIME   DATE TIME

**Description:** Age 35  Sex F  Race Wht  Height 5'6  Weight 150lbs Hair blck  Beard____  Glasses____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 30th day of December, 2007



STEPHANIE ALLEN
COMM. #1739713
NOTARY PUBLIC - CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires April 17, 2011

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of California



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS