UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
J.Choo Limited,                                   :

           Plaintiff,                   :         **1: 07 Civ. 11167 (PAC)**

  - against -                                     :         **ORDER OF DISCONTINUANCE**

Shopsueyboutique.com, Inc., et al,                :

           Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled[1], it is,

**ORDERED,** that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof. If more time is needed to consummate the settlement, counsel for either party shall submit a letter to the Court pursuant to Rule 1A of my Individual Practices.

The Court will sign a Proposed Final Judgment and Order on Consent for Permanent Injunction upon receipt from the Orders and Judgment Clerk of the United States District Court, Southern District of New York. In light of the settlement, the February 7, 2008 Initial Pretrial Conference is adjourned "sine die".

The Clerk of Court is directed to close this case, and terminate any pending deadlines or motions.

Dated: New York, New York
       January 30, 2008

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 30 2008

---

[1] See attached letter dated January 30, 2008 from Barbara A. Solomon.

# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA
AT FIRST AVENUE & 48TH STREET
NEW YORK, N.Y. 10017

TELEPHONE: (212) 813-5900
FACSIMILE: (212) 813-5901
E-MAIL: bsolomon@frosszelnick.com

RONALD J. LEHRMAN
STEPHEN BIGGER
ROGER L. ZISSU
RICHARD Z. LEHV
DAVID W. EHRLICH
SUSAN UPTON DOUGLASS
JANET L. HOFFMAN
PETER J. SILVERMAN
LAWRENCE ELI APOLZON
BARBARA A. SOLOMON
MARK D. ENGELMANN
NADINE H. JACOBSON
ANDREW N. FREDBECK
CRAIG S. MENDE
J. ALLISON STRICKLAND
JOHN P. MARGIOTTA
LYDIA T. GOBENA
CARLOS CUCURELLA
JAMES D. WEINBERGER
DAVID DONAHUE
NANCY E. SABARRA

MICHAEL I. DAVIS
SPECIAL COUNSEL

JAMES D. SILBERSTEIN
JOYCE M. FERRARO
MICHELLE P. FOXMAN
ROBERT A. BECKER
MICHAEL CHIAPPETTA
EVAN GOURVITZ
TAMAR NIV BESSINGER
DIANE MARCOVICI PLAUT
COUNSEL

NANCY C. DICONZA
LAURA POPP-ROSENBERG
CARA A. BOYLE
CHARLES T. J. WEIGELL III
MARILYN F. KELLY
CHRISTOPHER M. KINDEL
CAROLINE G. BOEHM
VANESSA HWANG LU
DOROTHY C. ALEVIZATOS
AIMEE M. ALLEN
BETSY C. JUDELSON
NICHOLAS H. EISENMAN
KATE MATELRIO
TODD MARTIN

January 30, 2008

**BY FACSIMILE ONLY (212-805-6304)**

The Honorable Paul A. Crotty
United States Judge
United States District Court for the Southern District of New York
500 Pearl Street
Chambers 735
Court Room 20-C
New York, NY 10007

    Re:    J. Choo Limited vs. ShopSueyBoutique.com, Inc. et al.
           07 CIV 11167 (PAC)

Dear Judge Crotty:

    We are outside counsel to Plaintiff J. Choo Limited in the above referenced matter. We are writing to you, with the consent of Defendants, to request a further adjournment of the initial pre-trial conference which was rescheduled from January 23, 2008 to February 7, 2008 at 2:15 pm.

    The parties have reached a settlement of this case. Counsel for the parties are working on finalizing a Proposed Final Judgment and Order on Consent for Permanent Injunction. We expect to be able to present fully executed copies of the Proposed Judgment to the Court for the Court's review and approval by the end of February. This slight delay is due to the fact that Plaintiff is located in London and the individual who is charged with executing judgments on behalf of the company is traveling and will not be available to execute the agreement until the middle of February.

    The initial conference in this case had originally been scheduled for January 23, 2008. The parties have made one prior request for an adjournment which was granted by the Court on January 28, 2008. In light of the settlement reached, there should be no need for an alternative

The Honorable Paul A. Crotty
United States Judge
United States District Court for the Southern District of New York
January 30, 2008
Page 2

conference date. However, counsel for the parties are available for an initial conference on March 6, March 7 or March 10 in the event that the parties have not, prior to that date, submitted the proposed consent judgment for the Court's consideration. The request for adjournment does not affect any scheduled dates as a scheduling order has not yet been issued.

Respectfully submitted,

Barbara A. Solomon, Esq.

BAS/dmk/fok

cc: Todd Wengrovsky, Esq. (by fax)
*Attorneys for Defendants*

{P0217953 1}