**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

J. CHOO, LIMITED

                               Plaintiffs,          **AFFIDAVIT OF
COMPLIANCE**

      -against-

                                                                    Index No. 07-CV-11167

SHOPSUEYBOUTIQUE.COM, INC.
AND HEATHER GRAY,

                               Defendants.

---------------------------------------------------------------X

Pursuant to the Final Judgment and Order on Consent for Permanent Injunction entered on March 5, 2008, HEATHER GRAY, being duly sworn, deposes and states under the penalty of perjury as follows with regard to Defendants' compliance with all terms of the Order:

1. Defendants have no outstanding orders for the products in question.

2. Defendants do not possess any of the products in question.

3. Defendants have ceased and discontinued all ordering, advertising, marketing, offering for sale, and sale of the products in question, and none of the products in question are available at any online or retail store owned or controlled by any Defendants.

4. Defendants have not been asked by any third party to import any of the products in question into the United States.

5. Defendants are not using the marks JIMMY CHOO, J CHOO, CHOO in any way, including in keywords and Internet search terms.

6. Defendants are not distributing, circulating, advertising, selling, offering for sale, promoting, displaying, or reproducing by any means, including photographic means, any product bearing design(s) owned by Plaintiff

7. **Defendants are not** assisting any other party in engaging in infringing acts as outlined in the Order.

8. **All references** to all products in question have been removed from Defendants' website.

9. **Defendants have** provided copies of all invoices, correspondence, lists of accounts, and receipts maintained by Defendants regarding the accused sales to Plaintiff's counsel.

10. Defendants possess no relevant goods, labels, tags, signs, stationery, prints, packaging, promotional and marketing materials or advertisements regarding the products in question.

Dated:  April __, 2008

                                                    Heather Gray,
                                                  SHOPSUEYBOUTIQUE.COM, INC.

Sworn to before me this
_____th day of April, 2008

_____
NOTARY PUBLIC

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], not Notary)

_____     _____
Signature of Document Signer No. 1                  Signature of Document Signer No. 2 (if any)

**State of California**

County of  San Bernardino

Embossed

Subscribed and sworn to (or affirmed) before me on this

__17__ day of __April__, 20_08_, by

(1) __Heather Gray__,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.)(,)

(and

(2) _____,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
Signature of Notary Public

[Notary Seal: THERESE RYKER, Commission # 1790116, Notary Public - California, San Bernardino County, My Comm. Expires Jan 29, 2012]

Place Notary Seal Above

——————————— **OPTIONAL** ———————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit of Compliance

Document Date: 4-17-08    Number of Pages: 2

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |